In the Matter of the Accounting of THE FIFTH AVENUE BANK et al., as Executors of KATHERINE B. JUDD, Deceased, Appellants; THE ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Respondent.

(Submitted January 7, 1936; decided January 21, 1936.)

*Thomas L. Walsh* for appellants.

*John J. Bennett, Jr., Attorney-General (Robert P. Beyer* of counsel), for respondent.

Order affirmed, with costs payable out of the fund; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.